# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02648-WYD

**LESLIE S. NICKSIC**

Plaintiff,

v.

**THE GENERAL ELECTRIC COMPANY**

Defendant.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

COMES NOW, Sara A. Green of the law firm Bachus & Schanker, LLC and hereby enters her appearance for and on behalf of the above-named Plaintiff, Leslie Nicksic.

Submitted the 30th day of September, 2014.

*s/ Sara A. Green*

Elwyn F. Schaefer
1899 Wynkoop Street, Suite 700
Denver, Colorado 80202
Telephone: 303 825 1961
Facsimile: 303 825 5460
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of September, 2014, the foregoing document has been served via the Court's electronic filing system to:

Austin E. Smith
Dawn M. Amos
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1700 Lincoln Street, Suite 4650
Denver, Colorado 80203
(303) 764-6800
(303) 831-9246
austin.smith@ogletreedeakins.com
dawn.amos@ogletreedeakins.com

*s/ Sara A. Green*