## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-02648-WYD-MJW

LESLIE S. NICKSIC,

    Plaintiff,

v.

GENERAL ELECTRIC COMPANY,

    Defendant.

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

    WHEREAS, pursuant to Fed. R. Civ. P. 41(a), the parties have jointly stipulated to the dismissal of this action without prejudice, each party to bear her or its own costs. It is hereby

    ORDERED that this action is dismissed without prejudice, each party to bear her or its own costs.

    Dated:  October 2, 2014.

                                        BY THE COURT:

                                        /s/ Wiley Y. Daniel
                                        WILEY Y. DANIEL,
                                        SENIOR UNITED STATES DISTRICT JUDGE